NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NAUSET CONSTRUCTION CORPORATION,**
*Appellant*

**v.**

**SECRETARY OF THE ARMY,**
*Appellee*

---

2021-2305

---

Appeal from the Armed Services Board of Contract Appeals in Nos. 61673 and 61675, Administrative Judge Lis B. Young, Administrative Judge Owen C. Wilson, and Administrative Judge Richard Shackleford.

-------------------------------------------------

**SECRETARY OF THE ARMY,**
*Appellant*

**v.**

**NAUSET CONSTRUCTION CORPORATION,**
*Appellee*

---

2021-2308

---

2    NAUSET CONSTRUCTION CORPORATION v. SECRETARY OF THE
ARMY

Appeal from the Armed Services Board of Contract Appeals in Nos. 61673 and 61675, Administrative Judge Lis B. Young, Administrative Judge Owen C. Wilson, and Administrative Judge Richard Shackleford.

---

## ON MOTION

---

## O R D E R

Upon consideration of the Secretary of the Army's unopposed motion to voluntarily dismiss her cross-appeal, Appeal No. 2021-2308, under Rule 42(b) of the Federal Rules of Appellate Procedure,

IT IS ORDERED THAT:

(1)  The motion is granted to the extent that Appeal No. 2021-2308 is dismissed.  The revised official captions are reflected above.

(2)  Each party shall bear its own costs as to Appeal No. 2021-2308.

(3)  The Clerk of Court shall forward a copy of this order to the merits panel assigned to this case.

FOR THE COURT

May 16, 2022                          /s/ Peter R. Marksteiner
       Date                          Peter R. Marksteiner
                                     Clerk of Court


ISSUED AS A MANDATE (as to 2021-2308 only):

May 16, 2022